UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> vs. § <br> § <br> FREDRICK JERMAINE DUNBAR § <br>     a.k.a. "A-1" § <br> AMY MICHELLE BIRCH § <br>     a.k.a. "Red" § <br> JOSHUA RYAN NEWSOME § <br> ALEJANDRO CASTRO OLVERA § <br>     a.k.a. "Big Boy" § <br> MATTHEW ALLEN HARVEY § <br> KRISTOPHER TODD WILLIAMS § <br>     a.k.a. "TEXS" § <br> KIMBERLY LEBLANC § <br> MICHAEL JOHN CANNON § <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ § <br> BETHANY ANN WRIGHT § <br> KIMBERLY ANN FULLER § <br> MISTY MICHELL HENDERSON § <br> RICHARD RAY TREVINO § | CRIMINAL NO. <br><br><br> UNDER SEAL |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

    1.    From on or about January 10, 2020, to on or about August 24, 2020, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**FREDRICK JERMAINE DUNBAR,**
**AMY MICHELLE BIRCH,**
**JOSHUA RYAN NEWSOME,**

1

**ALEJANDRO CASTRO OLVERA,
MATTHEW ALLEN HARVEY,
KRISTOPHER TODD WILLIAMS,
KIMBERLY LEBLANC,
MICHAEL JOHN CANNON,**

**and
BETHANY ANN WRIGHT,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance.

2. The overall scope of the conspiracy involved 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Purpose of the Conspiracy

3. It was a purpose and object of the conspiracy for Defendants, and others known and unknown to the Grand Jury, to unlawfully enrich themselves by, among other things: (a) supplying **FREDRICK JERMAINE DUNBAR,** and others, known and unknown, with controlled substances; (b) receiving controlled substances from **FREDRICK JERMAINE DUNBAR,** and other illegitimate sources, for sale and distribution to others and for unlawful enrichment; (c) aiding and abetting or otherwise assisting the supply and receipt of narcotics to and from Defendants in this conspiracy; (d) generating large profits from those controlled substances; and (e) diverting the proceeds from those controlled substances for their personal use and benefit.

**Manner and Means of the Conspiracy**

From on or about January 10, 2020, to on or about August 24, 2020, the manner and means by which the Defendants sought to accomplish the purpose and object of the conspiracy included, among other things:

4. **FREDRICK JERMAINE DUNBAR** obtained methamphetamine, a Schedule II controlled substance, from **ALEJANDRO CASTRO OLVERA** for further distribution to others.

5. **AMY MICHELLE BIRCH** and **BETHANY ANN WRIGHT** aided **FREDRICK JERMAINE DUNBAR**, and others known and unknown to the Grand Jury, in the conspiracy to distribute and in distribution of methamphetamine.

6. **FREDRICK JERMAINE DUNBAR**, and others, known and unknown to the grand jury, delivered and distributed methamphetamine to **JOSHUA RYAN NEWSOME** for further distribution to others.

7. **FREDRICK JERMAINE DUNBAR**, and others, known and unknown to the grand jury, delivered and distributed methamphetamine to **MATTHEW ALLEN HARVEY** for further distribution to others.

8. **FREDRICK JERMAINE DUNBAR,** and others, known and unknown to the grand jury, delivered and distributed methamphetamine to **KRISTOPHER TODD WILLIAMS** for further distribution to others.

9. **FREDRICK JERMAINE DUNBAR, AMY MICHELLE BIRCH,** and others, known and unknown to the grand jury, delivered and distributed methamphetamine to **KIMBERLY LEBLANC** for further distribution to others.

10. **FREDRICK JERMAINE DUNBAR, AMY MICHELLE BIRCH,** and others,

known and unknown to the grand jury, delivered and distributed methamphetamine to **MICHAEL JOHN CANNON** and ▉▉▉▉▉▉▉▉▉▉▉▉ for further distribution to others.

11.     **FREDRICK JERMAINE DUNBAR,** and others, known and unknown to the grand jury, delivered and distributed methamphetamine to **BETHANY ANN WRIGHT** for further distribution to others.

## COUNT TWO
### Possession with the Intent to Distribute a Controlled Substance

13.     On or about January 16, 2020, in the Southern District of Texas, Defendant

**KRISTOPHER TODD WILLIAMS,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and unlawfully possess with the intent to distribute a controlled substance. This violation involved a mixture and substance containing cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
### Possession with Intent to Distribute a Controlled Substance

14.     On or about January 16, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
and
**KRISTOPHER TODD WILLIAMS,**

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved 50 grams or more of mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FOUR
### Possession with Intent to Distribute a Controlled Substance

15. On or about January 22, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
### Possession with Intent to Distribute a Controlled Substance

16. On or about January 29, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT SIX
### Possession with Intent to Distribute a Controlled Substance

16. On or about February 6, 2020, in the Southern District of Texas, Defendant

**AMY MICHELLE BIRCH,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### Possession with Intent to Distribute a Controlled Substance

17. On or about February 6, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### Possession with Intent to Distribute a Controlled Substance

18.     On or about March 17, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT NINE
### Possession with Intent to Distribute a Controlled Substance

19.     On or about April 22, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,
JOSHUA RYAN NEWSOME,
and
ALEJANDRO CASTRO OLVERA,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TEN
### Possession with Intent to Distribute a Controlled Substance

20.     On or about April 30, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
**and**
**MATTHEW ALLEN HARVEY,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
### Possession with Intent to Distribute a Controlled Substance

21.     On or about May 5, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
**and**
**JOSHUA RYAN NEWSOME,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWELVE
## Possession with Intent to Distribute a Controlled Substance

22.  On or about May 6, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
**AMY MICHELLE BIRCH,**
**and**
**KIMBERLY LEBLANC,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
## Possession with Intent to Distribute a Controlled Substance

23.  On or about May 11, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
**AMY MICHELLE BIRCH,**
**███████████████**
**and**
**MICHAEL JOHN CANNON,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
### Possession with Intent to Distribute a Controlled Substance

24. On or about May 11, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
### Possession with Intent to Distribute a Controlled Substance

25. On or about May 13, 2020, in the Southern District of Texas, Defendants

**FREDRICK JERMAINE DUNBAR,**
**and**
**BETHANY ANN WRIGHT,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
### Possession with Intent to Distribute a Controlled Substance

26. On or about July 30, 2020, in the Southern District of Texas, Defendant

**FREDRICK JERMAINE DUNBAR**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN
### Possession with Intent to Distribute a Controlled Substance

28. On or about August 24, 2020, in the Southern District of Texas, Defendant

**AMY MICHELLE BIRCH,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT EIGHTEEN
### Possession with Intent to Distribute a Controlled Substance

29.     On or about June 16, 2020, in the Southern District of Texas, Defendants

**KRISTOPHER TODD WILLIAMS,
KIMBERLY ANN FULLER,
and
MISTY MICHELL HENDERSON**

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT NINETEEN
### Possession with Intent to Distribute a Controlled Substance

30.     On or about February 8, 2021, in the Southern District of Texas, Defendants

**RICHARD RAY TREVINO,
and
MISTY MICHELL HENDERSON**

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TWENTY
### Conspiracy to Possess with the Intent to Distribute a Controlled Substance

31.     From on or about February 7, 2021 to on or about February 9, 2021, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**RICHARD RAY TREVINO**
and
**MISTY MICHELL HENDERSON,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance.   The overall scope of the conspiracy involved 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Notice of Criminal Forfeiture

31.     Pursuant to Title 21, United States Code, Section 853, the United States gives notice to defendants:

**FREDRICK JERMAINE DUNBAR,
AMY MICHELLE BIRCH,
JOSHUA RYAN NEWSOME,
ALEJANDRO CASTRO OLVERA,
MATTHEW ALLEN HARVEY,
KRISTOPHER TODD WILLIAMS,
KIMBERLY LEBLANC,
MICHAEL JOHN CANNON,**
[REDACTED]
**BETHANY ANN WRIGHT,
KIMBERLY ANN FULLER,
MISTY MICHELL HENDERSON
and**

13

RICHARD RAY TREVINO,

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Money Judgment

32. Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

### Substitute Assets

33. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JENNIFER LOWERY
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: JASON CORLEY
Assistant United States Attorney
Southern District of Texas